**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ECL GROUP, LLC d/b/a EYE CARE LEADERS and ELI RESEARCH INDIA PRIVATE, LIMITED, | : : : : | No:  2:22-cv-057 |
| Plaintiffs, | : : | |
| v. | : : | |
| SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC, | : : : : | *Electronically Filed* |
| Defendants. | | |

## STIPULATION EXTENDING THE TIME TO RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7E, the parties hereby stipulate that Defendants Sourabh Moharil, Agilite Global Solutions Company, LLC, and Managed Markets Insight and Technology, LLC shall have until through **February 17, 2022** to file responses to Plaintiffs' Complaint, ECF No. 1.

Dated: January 28, 2022

| | | |
|---|---|---|
| Dingess, Foster, Luciana, Davidson & Chleboski, LLP | Eckert Seamans Cherin & Mellott, LLC | Shaw Keller, LLP |
| */s/ John P. Miler* | */s/ Louis A. DePaul* | */s/ John W. Shaw* |
| John P. Miller PA Bar ID 91304 Andrew Giel PA Bar ID 326240 | Louis A. DePaul PA Bar ID 93823 Lindsey Conrad Kennedy PA Bar ID 318318 | John W. Shaw PA Bar ID 75738 (admission forthcoming) |
| 20 Stanwix St., Third Floor Pittsburgh, PA  15222 T: 412-926-1821 jmiller@dfllegal.com agiel@dfllegal.com *Counsel for Plaintiffs* | 600 Grant St., 44th Floor Pittsburgh, PA 15219 T: 412-566-6142 ldepaul@eckertseamans.com lkennedy@eckertseamans.com *Counsel for Defendants Sourabh Moharil and Agilite Global Solutions Company, LLC* | I.M. Pei Building 1105 N. Market St., 12th Floor Wilmington, DE  19801 T: 302-298-0701 jshaw@shawkeller.com *Counsel for Defendant Managed Markets Insight and Technology, LLC* |

CC:    VIA ECF
        John P. Miller
        Andrew Giel
        *Counsel for Plaintiffs*

        VIA email to jshaw@shawkeller.com
        John W. Shaw