IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC d/b/a EYE CARE LEADERS and ELI RESEARCH INDIA PRIVATE LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:22-cv-00057<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF ABIGAIL R.S. CAMPBELL**

Abigail R.S. Campbell, undersigned counsel for Plaintiffs, ECL Group, LLC d/b/a Eye Care Leaders and Eli Research India Private Limited, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, ECL Group, LLC d/b/a Eye Care Leaders and Eli Research India Private Limited, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Abigail R.S. Campbell filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

27622608v1 92132.040.35

2

Dated: February 9, 2022          Respectfully submitted,

        *s/ Abigail R.S. Campbell*
Abigail R.S. Campbell
TX ID No. 24098959
acampbell@condontobin.com
**Condon Tobin Sladek Thornton Nerenberg, PLLC**
8080 Park Lane, Suite 700
Dallas, TX  75321
Phone: (214) 265-3800
Fax: (214) 691-6311

*Counsel for Plaintiffs ECL Group, LLC, d/b/a Eye Care Leaders, and Eli Research India Private Limited*

2