IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC d/b/a EYE CARE LEADERS and ELI RESEARCH INDIA PRIVATE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-00057 |

**AFFIDAVIT OF ABIGAIL R.S. CAMPBELL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Abigail R.S. Campbell, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs ECL Group, LLC d/b/a Eye Care Leaders and Eli Research India Private Limited in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Abigail R.S. Campbell, being duly sworn, do hereby depose and say as follows:

1. I am a Member of the law firm Condon Tobin Sladek Thornton Nerenberg PLLC.

2. My business address is 8080 Park Lane, Suite 700, Dallas, TX 75231.

3. I am also admitted to practice and have remained in good standing in each of the following jurisdictions: State Bar of Texas, Northern District of Texas, Southern District of Texas, Eastern District of Texas, and Western District of Texas.

4. My Texas bar identification number is 24098959.

5. A current certificate of good standing from the Supreme Court of Texas is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania November 1, 2016 Local Rules of Court Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: February 9, 2022

Respectfully submitted,

Abigail R.S. Campbell
TX ID No. 24098959
acampbell@condontobin.com
**Condon Tobin Sladek Thornton Nerenberg, PLLC**
8080 Park Lane, Suite 700
Dallas, TX  75321
Phone: (214) 265-3800
Fax: (214) 691-6311

*Counsel for Plaintiffs ECL Group, LLC, d/b/a Eye Care Leaders, and Eli Research India Private Limited*

SUBSCRIBED AND SWORN TO BEFORE ME this \_\_4th\_\_ day of \_February\_, 2022, to which I certify my hand and official seal.

JESSICA STEELE
Notary ID #131200190
My Commission Expires
July 7, 2025

_____
Notary Public in and for the State of Texas

3

# EXHIBIT A

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Abigail Ruth Storm Campbell**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 2017.

I further certify that the records of this office show that, as of this date

**Abigail Ruth Storm Campbell**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 1st day of February, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5641C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.