IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC D/B/A EYE CARE LEADERS AND ELI RESEARCH INDIA PRIVATE LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-057-MPK<br>)<br>)<br>)<br>)<br>)<br>)<br>)  *Electronically Filed*<br>) |

## NOTICE OF APPEARANCE

**To:　Clerk of Courts**

Kindly enter the appearance of John W. Shaw, Esquire of Shaw Keller LLP, 1105 N. Market Street, 12th Floor, Wilmington, Delaware 19801 as counsel for defendant Managed Markets Insight and Technology, LLC in this matter.

　　　　　　　　　　　　　　　　　　*/s/ John W. Shaw*
　　　　　　　　　　　　　　　　　　John W. Shaw (PA ID No. 75738)
　　　　　　　　　　　　　　　　　　SHAW KELLER LLP
　　　　　　　　　　　　　　　　　　I.M. Pei Building
　　　　　　　　　　　　　　　　　　1105 North Market Street, 12th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 298-0700
　　　　　　　　　　　　　　　　　　jshaw@shawkeller.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Managed Markets*
　　　　　　　　　　　　　　　　　　*Insights and Technology, LLC*

Dated: February 16, 2022