IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC D/B/A EYE CARE LEADERS AND ELI RESEARCH INDIA PRIVATE LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-057-MPK ) |
| SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION OF NATHAN R. HOESCHEN

Having considered the Motion for *Pro Hac Vice* Admission of Nathan R. Hoeschen as counsel for Managed Markets Insights and Technology, LLC, and for good cause shown, the Motion is GRANTED.

Dated: 3/25/22

_____
The Honorable Maureen P. Kelly