# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECL GROUP, LLC d/b/a EYE CARE LEADERS and ELI RESEARCH INDIA PRIVATE LIMITED, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 2:22-cv-00057 |
| | § | |
| v. | § | |
| | § | |
| SOURABH MOHARIL, ABHAY JAISWAL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC, | § § § § § § | HONORABLE MAUREEN P. KELLY United States Magistrate Judge |
| Defendants. | § | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I.   PROCESS**

Select one of the following processes:

| | |
|---|---|
| __X__ | Mediation |
| _____ | Early Neutral Evaluation (ENE) |
| _____ | Court sponsored Binding[1] Arbitration |
| _____ | Court sponsored Non-binding Arbitration |
| _____ | Other (please identify process and provider)_____ |

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by the Policies and Procedures.**

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## II.     COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

      33.34  % by Plaintiffs ECL Group, LLC d/b/a Eye Care Leaders and Eli Research India Private Limited, jointly
      33.33  % by Defendants Sourabh Moharil, Abhay Jaiswal, and Agilite Global Solutions Company, LLC, jointly
      33.33  % by Defendant Managed Markets Insight and Technology, LLC

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

## III.    NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral:
Address of Neutral:
Telephone & FAX Numbers:     Phone:                    Fax:
Email address of Neutral:
**Date of ADR Session:**           By

As described in Section 6 of the Fed. R. Civ. P. 26(f) Report of the Parties, Plaintiffs believe mediation should occur by August 24, 2022, after written discovery and a limited exchange of documents.

Defendants believe that the Court and parties will benefit from exploring early mediation in the time frame contemplated by the Local Rules. Defendants are amenable to exchanging limited information in advance of any early mediation, but oppose engaging in any pre-mediation formal ESI discovery because the expense associated with engaging in electronic discovery on multiple occasions is not proportional to the claims at issue in the litigation.

The parties respectfully request they be allowed to finalize this section, as well as the names of the corporate representatives who will be attending the mediation, after the Initial Scheduling Conference on April 26, 2022. The parties will contact prospective neutrals and will determine availability to conduct the ADR session within the timeframe being discussed by the parties.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

| | |
|---|---|
|   Stephanie K. Osteen   |   ECL Group, LLC d/b/a Eye Care Leaders   |
| Attorney for Plaintiff | Plaintiff |
| | |
| | Corporate Representative (Name and Title) |
| | |
|   Stephanie K. Osteen   |   Eli Research India Private Limited   |
| Attorney for Plaintiff | Plaintiff |
| | |
| | Corporate Representatives (Name and Title) |
| | |
|   Louis A. DePaul   |   Sourabh Moharil   |
| Attorney for Defendant | Defendant |
| | |
|   Louis A. DePaul   |   Abhay Jaiswal   |
| Attorney for Defendant | Defendant |
| | |
|   Louis A. DePaul   |   Agilite Global Solutions Company, LLC   |
| Attorney for Defendant | Defendant |
| | |
| | Corporate Representatives (Name and Title) |
| | |
|   John W. Shaw   |   Managed Markets Insight and Technology, LLC   |
| Attorney for Defendant | Defendant |
| | |
| | Corporate Representatives (Name and Title) |

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGEMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: April 19, 2022

*s/ Andrew P. Giel*
Andrew P. Giel
 Attorney for Plaintiffs,
  ECL Group, LLC d/b/a Eye Care
  Leaders and Eli Research India Private
  Limited

Dated: April 19, 2022

*Louis A. DePaul*
Louis A. DePaul
 Attorney for Defendants,
  Sourabh Moharil, Abhay Jaiswal, and
  Agilite Global Solutions Company, LLC

Dated: April 19, 2022

*John W. Shaw*
John W. Shaw
 Attorney for Defendant,
  Managed Markets Insight and
  Technology, LLC

Rev. 4/2017