IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC D/B/A EYE CARE LEADERS and ELI RESEARCH INDIA PRIVATE LIMITED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-057-MPK ) |
| SOURABH MOHARIL, ABHAY JAISWAL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, and MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

**To:** **Clerk of Courts**

Kindly enter the appearance of Andrew E. Russell, Esquire of Shaw Keller LLP, 1105 N. Market Street, 12th Floor, Wilmington, Delaware 19801 as counsel for Defendant Managed Markets Insight and Technology, LLC in this matter.

*/s/ Andrew E. Russell*
John W. Shaw (PA ID No. 75738)
Andrew E. Russell (PA ID No. 329958)
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 298-0700
Fax: (302) 300-4026
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants Managed Markets Insights and Technology, LLC*

Dated: April 25, 2022