IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECL GROUP, LLC<br>*doing business as*<br>EYE CARE LEADERS,<br><br>Plaintiffs,<br><br>v.<br><br>ELI RESEARCH INDIA PRIVATE LIMITED, SOURABH MOHARIL, AGILITE GLOBAL SOLUTIONS COMPANY, LLC, MANAGED MARKETS INSIGHT AND TECHNOLOGY, LLC and ABHAY JAISWAL,<br><br>Defendants. | Civil Action No. 22-cv-57<br>Magistrate Judge Maureen P. Kelly |

## HEARING MEMO

HEARING HELD:  Telephone Initial Case Management Conference
DATE HEARING HELD:  April 26, 2022
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
John P. Miller, Esq.
Stephanie Osteen, Esq.
Taryn Ourso, Esq.
Andrew Giel, Esq

Appearing for Defendants:
Louis DePaul, Esq.
Lindsey Kennedy, Esq.
John W. Shaw, Esq
Andrew Russell, Esq.

Hearing began at  9:00 a.m.
Stenographer:  None

Hearing concluded at  9:55 a.m.

OUTCOME:

1. Reviewed background facts, claims and defenses.  Additional information provided.

2. Defendant Jaiswal will be filing answer by 5/13/22.

3. Discussed anticipated discovery.  Parties are to promptly commence discovery.  Court will permit ESI, as identified by Plaintiffs, prior to mediation.   ESI plan to be finalized by 6/1/22.  Counsel to work together to constructively determine approach to ESI.

4.      Counsel will file joint proposed Rule 502d order and joint proposed protective order as needed.

5.      Addressed case management deadlines. Scheduling order will be issued.

6.      Parties have agreed to ADR in form of mediation.  Also agreed to 1/3 allocation of costs.  Discussed mediators.  Amended ADR Stipulation identifying mediator and date of mediation (on or before 8/24/22) to be filed by Friday, 5/6/22.

7.      Motion to Extend Time Period to Complete ADR (until 9/1/22)  to be filed by Friday, 5/6/22.

8.      Discussed required attendees for mediations. Participants must have full authority.